The People of the State of Illinois, defendant in error, v. Bernard P. Maza, plaintiff in error. Gen. No. 38,240.

Opinion filed February 11, 1936.

William Chones and Richard J. Cooney, for plaintiff in error. Thomas J. Courtney, State's Attorney, for defendant in error; Edward E. Wilson, Henry E. Seyfarth, John T. Gallagher and Richard H. Devine, Assistant State's Attorneys, of counsel.

Mr. Presiding Justice Scanlan delivered the opinion of the court.